**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DRAKE, et al.**<br><br>　　　　　　　Plaintiffs,<br>　v.<br>**ALEXANDER et al.,**<br><br>　　　　　　　Defendants. | Civil Action No. 15-cv-1353 |

### NOTICE OF CHARGING LIEN

NOTICE IS HEREBY GIVEN THAT undersigned former counsel for Plaintiffs, Thomas A. Drake, Edward F. Loomis, Jr., J. Kirk Wiebe, William Binney, and Diane Roark, hereby asserts a charging lien for attorneys' fees and costs that has yet to be paid concerning the prosecution of the above-styled case. This lien is being filed because, to date, the Plaintiffs have not paid anything to the undersigned counsel. Undersigned counsel has attached a copy of the invoice for services already performed on behalf of the Plaintiffs in the above-styled lawsuit. Exhibit 1.

Dated:  February 2, 2016

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　 /s/ *Larry Klayman*
　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 334581
　　　　　　　　　　　　　　　　　　　Freedom Watch, Inc.
　　　　　　　　　　　　　　　　　　　2020 Pennsylvania Ave. NW, Suite 345
　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　Tel: (310) 595-0800
　　　　　　　　　　　　　　　　　　　Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I further certify that on the same day, I served the foregoing document on the following counsel by electronic service via the CM/ECF system:

>**Bruce Fein**
>FEIN & DEVALLE PLLC
>300 New Jersey Avenue, NW
>Suite 900
>Washington, DC 20001
>(202) 463-8727
>Email: bruce@feinpoints.com

>Respectfully Submitted,

>  /s/ *Larry Klayman*
>Larry Klayman, Esq.