# Klayman Law Firm

2020 Pennsylvania Avenue, N.W., Suite 800, Washington, DC 20006-1811 ❖ Telephone: (310) 595-0800 ❖ leklayman@gmail.com

## INVOICE

November 20, 2015

Thomas Drake
3241 Sharp Road
Glenwood, MD 21738

William Binney
7800 Elberta Drive
Severn, MD 21144

Edward Loomis
430 Bouchelle Drive Apt. 303
New Smyrna Beach, FL 321169

Diane Roark
2000 Scenic View Drive
Stayton, OR 97383

J. Kirk Wiebe
1390 Alison Court
Westminster, MD 21158-2741

FOR SERVICES RENDERED to the above NSA whistleblowers on an emergency basis to prepare and file a complaint for alleged violations of their constitutional rights and other related causes of action, extensive communications with clients, preparation of an amended complaint and other matters.

Attorney time for Larry Klayman and Jonathan Moseley at a blended discounted rate of $495.00 per hour. 92.7 hours x $495.00 = $45,886.50

Out of pocket disbursements: Filing fee for original complaint $505.00

**Total amount due: $46,391.50**

Please send check on receipt of this invoice to 2020 Pennsylvania Avenue N.W., Suite 800, Washington, D.C. 2006 payable to Klayman Law Firm.