**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THOMAS DRAKE, DIANE ROARK,** | ) | |
| **ED LOOMIS, J. KIRK WIEBE** and | ) | |
| **WILLIAM BINNEY,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **Civil Case No. 15-1353 (RJL)** |
| | ) | |
| **KEITH ALEXANDER, MICHAEL HAYDEN,** | ) | |
| **LANNY A. BREUER, JOHN CHRIS INGLIS,** | ) | |
| **VITO T. POTENZA, STEVEN A. TYRRELL,** | ) | |
| **NATIONAL SECURITY AGENCY,** | ) | |
| **US DEPARTMENT OF JUSTICE,** | ) | |
| **ROBERT S. MUELLER, III,** | ) | |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs **THOMAS DRAKE, DIANE ROARK, ED LOOMIS, J. KIRK WIEBE,**

**WILLIAM BINNEY**, hereby file this Notice that this case is Voluntarily Dismissed, without

prejudice, as against all Defendants pursuant to Fed R. Civ. P. Rule 41(a)(1)(A)(i). No Defendant

has answered or otherwise responded in this action.

**WHEREFORE** for the foregoing reasons Plaintiffs hereby DISMISSES, without

prejudice, this action pursuant to Fed R. Civ. P. Rule 41(a) (1) (A) (i).

*s/ Bruce Fein*
Bruce Fein, D.C. BAR NO: 446615
**FEIN & DELVALLE PLLC**
300 New Jersey Avenue, N.W., Suite 900
Washington, D.C. 20001
Tele: (202) 465-8727; Facsimile: (202) 347-0130
*Email: bruce@feinpoints.com*
**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2016, I electronically filed the foregoing Notice of

Voluntary Dismissal with the Clerk of the United States District Court for the District of

Columbia by using the CM/ECF system, which will serve all registered CM/ECF users in this case.

*s/ Bruce Fein*

Bruce Fein, D.C. BAR NO: 446615
**FEIN & DELVALLE PLLC**
300 New Jersey Avenue, N.W., Suite 900
Washington, D.C. 20001
Tele: (202) 465-8727; Facsimile: (202) 347-0130
*Email: bruce@feinpoints.com*